Argued and submitted March 31, affirmed April 29, 1998

Gabriel C. SALCEDO,
*Appellant,*

*v.*

STATE FARM FIRE AND
CASUALTY COMPANY,
*Respondent.*

(9605-03372; CA A96988)

957 P2d 203

Clayton H. Morrison argued the cause for appellant. With him on the brief was Law Offices of Clayton H. Morrison.

J. Marie Bischman argued the cause for respondent. With her on the brief were J. Philip Parks and Parks, Bauer, Sime & Winkler, LLP.

Before De Muniz, Presiding Judge, and Deits, Chief Judge, and Haselton, Judge.

PER CURIAM

Affirmed. *Wright v. State Farm Mutual Auto. Ins. Co.*, 152 Or App 101, 952 P2d 73 (1998).